JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ, | Case No. 2:21-cv-01947-DOC (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice and without leave to amend.

Dated: March 15, 2022

_David O. Carter_
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE